UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 22-1981 MWF (MRWx)**                           Date:  June 03, 2022

Title   **Antonio Fernandez v. Chang Mo Kang**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 25, 2022.  (Docket No. 1).  Plaintiff filed a Proof of Service ("POS") on April 6, 2022 reflecting service of the Notice to Parties ADA Disability Access Litigation.  (Docket No. 15).  Plaintiff also filed a POS on April 11, 2022 reflecting service of the Summons and Complaint.  (Docket No. 16).  On April 20, 2022, Plaintiff and Defendant filed a Stipulation extending the time for Defendant to respond to the Complaint, to May 21, 2022.  (Docket No. 22).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 17, 2022**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT or APPLICATION FOR STAY AND EARLY MEDIATION.

    OR

- ■ BY PLAINTIFF:  AN APPLICATION FOR CLERK TO ENTER DEFAULT.

///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-1981 MWF (MRWx)**                                    Date:  June 03, 2022

Title          **Antonio Fernandez v. Chang Mo Kang**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.

                                                  Initials of Preparer:  RS/sjm